## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KEVIN J BARRY | § | Case No. 13-38329 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, December 8, 2015 in Courtroom 615, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2015

By: /s/ Barry A. Chatz, Trustee

Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KEVIN J BARRY | § | Case No. 13-38329 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,000.00 |
| and approved disbursements of | $ | 162.80 |
| leaving a balance on hand of[1] | $ | 17,837.20 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 106.00 | $ 0.00 | $ 106.00 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 5,215.00 | $ 0.00 | $ 5,215.00 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 825.00 | $ 0.00 | $ 825.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,696.00 |
| Remaining Balance | $ | 9,141.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 145,041.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | $ 781.80 | $ 0.00 | $ 49.27 |
| 2 | STEWART TITLE GUARANTY COMPANY | $ 144,259.90 | $ 0.00 | $ 9,091.93 |

Total to be paid to timely general unsecured creditors        $ 9,141.20

Remaining Balance        $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                    Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-38329-JSB
Kevin J Barry                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Nov 12, 2015
                              Form ID: pdf006          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2015.
```
db          +Kevin J Barry,    10501 South Lavergne,    Oak Lawn, IL 60453-5129
aty         +Rachel D. Stern,    53 West Jackson Boulevard,    Suite 1442,    Chicago, IL 60604-3536
21047353    +Bank Of America,    Attn: Bankruptcy NC4-105-0314,    Po Box 26012,    Greensboro, NC 27420-6012
21047354    +Bank of America,    135 S. LaSalle,    Chicago, IL 60603-4157
21047355    +Boyle Heiss,    166 W. Washington,    Suite 600,    Chicago, IL 60602-3596
21047358    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
21590085     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
21047357    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
             Salt Lake City, UT 84130-0285
21047361    +First United Bank,    700 W. Exchange St.,    Crete, IL 60417-2005
21047362    +Ford Motor Credit,    P.O. Box 6248,    Dearborn, MI 48121-6248
21047366    +Joan Galloni,    Schiff Gorman & Krkljes,    One East Wacker Drive, Ste. 2850,
             Chicago, IL 60601-1915
21047367    +Key Equipment c/o Cohn & Dussi,    300 Trade Center,    3700,    Woburn, MA 01801-7414
21047368    +Margaret Willis,    11203 S. Trumbell,    Chicago, IL 60655-3529
21047369    +Nathan Neff,    414 N. Orleans St. #210,    Chicago, IL 60654-4493
21047370    +Roger Power & Arizona Vending,    3055 N. 31st Ave.,    Phoenix, AZ 85017-5408
21047371    +Spesia & Ayers,    1415 Black Road,    Joliet, IL 60435-3809
21047373    +Stewart Title,    2055 W. Army Trail Rd.,    Suite 110,    Addison, IL 60101-1478
21855997    +Stewart Title Guaranty Company,    Robert F Rabin,    Thompson Coburn LLP,
             55 E Monroe 37th Floor,    Chicago, IL 60603-6029
21047374    +The Barry Law Group, PC,    3551 West 111th Street,    Chicago, IL 60655-3331
21047375    +Thompson Coburn LLP,    55 E. Monroe,    #3700,    Chicago, IL 60603-6029
21047376    +Wexler and Wexler LLC,    Attorneys and Counselers,    500 W. Madison Street, Suite 450,
             Chicago, IL 60661-2767
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21047356     E-mail/Text: coafinternalbkteam@capitaloneauto.com Nov 13 2015 03:02:18
             Capital One Auto Finance,    P.O. Box 93016,    Long Beach, CA 90809-3016
21047359    +E-mail/PDF: mrdiscen@discover.com Nov 13 2015 03:30:43     Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
21047363    +E-mail/Text: pgray@hinsdalebank.com Nov 13 2015 03:02:08     Hinsdale Bank & Trust Company,
             25 E. First Street,    Hinsdale, IL 60521-4119
21047364    +E-mail/Text: collections@homestarbank.com Nov 13 2015 03:00:15     HomeStar Bank,
             303 Section Line Rd.,    Manteno, IL 60950-1059
21047365    +E-mail/Text: collections@homestarbank.com Nov 13 2015 03:00:15     Homestar Bank,
             3 Diversatech Drive,    Manteno, IL 60950-9201
                                                                              TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21047372      Standard Bank
21047360    ##+Edward Don Company,    2500 Harlem Ave.,    Riverside, IL 60546-1415
                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                    Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: cmendoza1         Page 2 of 2            Date Rcvd: Nov 12, 2015
                             Form ID: pdf006          Total Noticed: 26
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2015 at the address(es) listed below:

```
          Anna Stanley Kahriman    on behalf of Defendant   Barry Law Group P.C. ask@jtlawllc.com,
           axb@jtlawllc.com
          Anna Stanley Kahriman    on behalf of Defendant Kevin J Barry ask@jtlawllc.com, axb@jtlawllc.com
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
          Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Marilyn  Mulcahy    on behalf of Creditor    STANDARD BANK AND TRUST COMPANY
           marilyn.mulcahy@standardbanks.com
          Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
          Nathan  Neff    on behalf of Plaintiff Joan  Galloni nathan@nefflawgroup.com
          Patrick A Meszaros    on behalf of Creditor Jose  Plascencia patrickmeszaros@yahoo.com
          Patrick A Meszaros    on behalf of Plaintiff Jose  Plascencia patrickmeszaros@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven  Haubner    on behalf of Creditor    STANDARD BANK AND TRUST COMPANY shaubner1@gmail.com
          Thomas W Toolis    on behalf of Debtor Kevin J Barry twt@jtlawllc.com,
           lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
          Thomas W Toolis    on behalf of Defendant Kevin J Barry twt@jtlawllc.com,
           lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
          Thomas W Toolis    on behalf of Defendant   Barry Law Group P.C. twt@jtlawllc.com,
           lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
          William F Smith    on behalf of Creditor   HOMESTAR BANK wsmith@homestarbank.com
                                                                              TOTAL: 16
```