# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KEVIN J BARRY | § | Case No. 13-38329 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 393,900.00 *(Without deducting any secured claims)* | Assets Exempt: 46,150.00 |
| Total Distributions to Claimants: 9,141.20 | Claims Discharged Without Payment: 2,466,636.05 |
| Total Expenses of Administration: 8,858.80 | |

3) Total gross receipts of $ 18,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 18,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 924,396.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,858.80 | 8,858.80 | 8,858.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,406,339.55 | 145,041.70 | 145,041.70 | 9,141.20 |
| **TOTAL DISBURSEMENTS** | $ 2,330,735.55 | $ 153,900.50 | $ 153,900.50 | $ 18,000.00 |

   4) This case was originally filed under chapter 7 on 09/30/2013 . The case was pending for 30 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 03/03/2016           By: /s/BARRY A. CHATZ
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3551 W. 111th St. Chicago, IL 60655 Office Buildin | 1110-000 | 10,000.00 |
| 3551 W. 111th St. Chicago, IL 60655 Office Buildin | 1129-000 | 2,000.00 |
| Vehicles | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 135 S. LaSalle Chicago, IL 60603 | | 53,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-0314 Po Box 26012 Greensboro, NC 27410 | | 17,396.00 | NA | NA | 0.00 |
| | Capital One Auto Finance P.O. Box 93016 Long Beach, CA 90809-3016 | | 31,000.00 | NA | NA | 0.00 |
| | Ford Motor Credit P.O. Box 6248 Dearborn, MI 48126 | | 8,000.00 | NA | NA | 0.00 |
| | Hinsdale Bank & Trust Company 25 E. First Street Hinsdale, IL 60521 | | 15,000.00 | NA | NA | 0.00 |
| | Homestar Bank 3 Diversatech Drive Manteno, IL 60950 | | 30,000.00 | NA | NA | 0.00 |
| | HomeStar Bank 303 Section Line Rd. Manteno, IL 60950 | | 700,000.00 | NA | NA | 0.00 |
| | Standard Bank | | 70,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 924,396.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,550.00 | 2,550.00 | 2,550.00 |

Case 13-38329   Doc 79   Filed 03/30/16   Entered 03/30/16 14:05:33   Desc Main
                              Document      Page 5 of 13

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2200-000 | NA | 106.00 | 106.00 | 106.00 |
| Arthur B. Levine Company | 2300-000 | NA | 13.12 | 13.12 | 13.12 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 149.68 | 149.68 | 149.68 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 5,215.00 | 5,215.00 | 5,215.00 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 0.00 | 0.00 | 0.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 825.00 | 825.00 | 825.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,858.80 | $ 8,858.80 | $ 8,858.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2200-000 | NA | 106.00 | 106.00 | 106.00 |
| Arthur B. Levine Company | 2300-000 | NA | 13.12 | 13.12 | 13.12 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 149.68 | 149.68 | 149.68 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 5,215.00 | 5,215.00 | 5,215.00 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 0.00 | 0.00 | 0.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 825.00 | 825.00 | 825.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,858.80 | $ 8,858.80 | $ 8,858.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boyle Heiss 166 W. Washington Suite 600 Chicago, IL 60602 | | 2,259.00 | NA | NA | 0.00 |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 879.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 69.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 236.00 | NA | NA | 0.00 |
| | Edward Don Company 2500 Harlem Ave. Riverside, IL 60546 | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward Don Company 2500 Harlem Ave. Riverside, IL 60546 | | 8,301.00 | NA | NA | 0.00 |
| | First United Bank 700 W. Exchange St. Crete, IL 60417 | | 500,000.00 | NA | NA | 0.00 |
| | Joan Galloni Schiff Gorman & Krkljes One East Wacker Drive, Ste. 2850 Chicago, IL 60601 | | 590,221.87 | NA | NA | 0.00 |
| | Key Equipment c/o Cohn & Dussi 300 Trade Center 3700 Woburn, MA 01801 | | 7,000.00 | NA | NA | 0.00 |
| | Margaret Willis 11203 S. Trumbell Chicago, IL 60655 | | 0.00 | NA | NA | 0.00 |
| | Roger Power & Arizona Vending 3055 N. 31st Ave. Phoenix, AZ 85017 | | 16,000.00 | NA | NA | 0.00 |
| | Spesia & Ayers 1415 Black Road Joliet, IL 60435 | | 140,686.84 | NA | NA | 0.00 |
| | Stewart Title 2055 W. Army Trail Rd. Suite 110 Addison, IL 60101 | | 140,686.84 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 781.80 | 781.80 | 49.27 |
| 2 | STEWART TITLE GUARANTY COMPANY | 7100-000 | NA | 144,259.90 | 144,259.90 | 9,091.93 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,406,339.55 | $ 145,041.70 | $ 145,041.70 | $ 9,141.20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-38329 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | KEVIN J BARRY | | | | Date Filed (f) or Converted (c): | 09/30/2013 (f) |
| | | | | | 341(a) Meeting Date: | 11/15/2013 |
| For Period Ending: | 03/03/2016 | | | | Claims Bar Date: | 05/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10501 South Lavergne Oak Lawn, Illinois 60453 | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. 3551 W. 111th St. Chicago, IL 60655 Office Buildin | 18,750.00 | 0.00 | | 12,000.00 | FA |
| 3. Financial Accounts | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing | 25,000.00 | 0.00 | | 0.00 | FA |
| 8. Stock | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. Stock | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. Partnerships | Unknown | 0.00 | | 0.00 | FA |
| 11. Vehicles | 8,400.00 | 6,000.00 | | 6,000.00 | FA |
| 12. Vehicles | 19,000.00 | 0.00 | | 0.00 | FA |
| 13. Vehicles | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. Vehicles | 8,000.00 | 0.00 | | 0.00 | FA |
| 15. Vehicles | 11,200.00 | 0.00 | | 0.00 | FA |
| 16. Vehicles | 6,000.00 | 6,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $464,800.00 | $14,000.00 | | $18,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S INVESTIGATION AND LIQUIDATION OF ASSETS CONTINUES

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-38329 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KEVIN J BARRY | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0581 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1358 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9569 | Transfer of Funds | 9999-000 | $17,837.20 | | $17,837.20 |
| 12/08/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $2,656.00 | $15,181.20 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($2,550.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($106.00) | 2200-000 | | | |
| 12/08/15 | 400002 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $5,215.00 | $9,966.20 |
| 12/08/15 | 400003 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $825.00 | $9,141.20 |
| 12/08/15 | 400004 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | (1-1) MODIFIED ON 3/4/2014 TO | 7100-000 | | $49.27 | $9,091.93 |
| 12/08/15 | 400005 | STEWART TITLE GUARANTY COMPANY<br>ROBERT F RABIN<br>THOMPSON COBURN LLP<br>55 E MONROE 37TH FLOOR<br>CHICAGO, IL 60603 | (2-1) MODIFIED TO CORRECT CREDITORS | 7100-000 | | $9,091.93 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $17,837.20 | $17,837.20 |
| Less: Bank Transfers/CD's | $17,837.20 | $0.00 |
| Subtotal | $0.00 | $17,837.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $17,837.20 |

|  |  |  |
|---|---|---|
| Page Subtotals: | $17,837.20 | $17,837.20 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-38329 | Trustee Name: BARRY A. CHATZ |
| Case Name: KEVIN J BARRY | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9569 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1358 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/14 | 2 | MARY G. BARRY | LIQUIDATION OF REAL PROPERTY | | 1110-000 | $10,000.00 | | $10,000.00 |
| 07/09/14 | | KEVIN J. BARRY | LIQUIDATION OF OTHER SCHEDULED ASSE | | | $8,000.00 | | $18,000.00 |
| | | | Gross Receipts | $8,000.00 | | | | |
| | 11 | | Vehicles | $6,000.00 | 1129-000 | | | |
| | 2 | | 3551 W. 111th St. Chicago, IL 60655 Office Buildin | $2,000.00 | 1129-000 | | | |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | | 2600-000 | | $18.12 | $17,981.88 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | | 2600-000 | | $26.73 | $17,955.15 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | | 2600-000 | | $25.83 | $17,929.32 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | | 2600-000 | | $26.66 | $17,902.66 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | | 2600-000 | | $25.76 | $17,876.90 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | | 2600-000 | | $26.58 | $17,850.32 |
| 02/04/15 | 300001 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | | 2300-000 | | $13.12 | $17,837.20 |
| 08/21/15 | | Transfer to Acct # xxxxxx0581 | Transfer of Funds | | 9999-000 | | $17,837.20 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $18,000.00 | $18,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $17,837.20 |
| Subtotal | $18,000.00 | $162.80 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,000.00 | $162.80 |
| Page Subtotals: | $18,000.00 | $18,000.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0581 - Checking | $0.00 | $17,837.20 | $0.00 |
| XXXXXX9569 - Checking Account (Non-Interest Earn | $18,000.00 | $162.80 | $0.00 |
| | $18,000.00 | $18,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,000.00 |
| Total Gross Receipts: | $18,000.00 |

Page Subtotals: $0.00 $0.00